CHRISTIAN A. MILES, ESQ.
Nevada Bar No. 13193
**BAY LAW PERSONAL INJURY**
1540 W Warm Springs Rd., Ste. 110
Henderson, NV 89014
Phone: (702) 710-7000
Fax: (702) 553-3404
Email: christian@baylawinjury.com
*Attorneys for Plaintiffs*

PATRICE STEPHENSON-JOHNSON, ESQ.
Nevada Bar No. 12283
**ALVERSON TAYLOR & SANDERS**
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89149
Phone: (702) 384-7000
Fax: (702) 385-7000
Email: pstephenson@alversontaylor.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIA DOLORES MORALES BECERRA, individually; CLARISSA BECERRA, individually; RAYNA BECERRA, individually; and RICHARD BECERRA, IN HIS CAPACITY AS SPECIAL ADMINISTRATOR FOR THE ESTATE OF RAYMOND BECERRA, DECEASED;<br><br>Plaintiffs,<br><br>vs.<br><br>WALMART INC., a foreign business entity dba WALMART; DOE INDIVIDUALS 1-10; and ROE ENTITIES I-X, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-02094-JCM-NJK<br><br>**JOINT MOTION TO EXTEND STAY OF DEADLINES**<br>**[THIRD REQUEST]** |

Plaintiffs MARIA DOLORES MORALES BECERRA, CLARISSA BECERRA, RAYNA BECERRA, and RICHARD BECERRA, IN HIS CAPCAPITY AS SPECIAL ADMINISTRATOR FOR THE STATE OF RAYMOND BECERRA (hereinafter "Plaintiffs")

1  and Defendant WALMART INC. d/b/a WALMART (hereinafter "Defendant" or "Walmart"), by
2  and through their respective counsel of record, do hereby jointly move the Court, in light of the
3  Parties' settlement in principle of this matter, to stay all deadlines for an additional thirty (30)
4  days to finalize resolution of all matters in controversy in the above-referenced matter.

5      This is the third such request by either party to extend or modify the schedule. Good cause
6  exists because all matters in controversy between the Parties have been settled. The Parties have
7  exchanged settlement documents. Plaintiffs have signed the settlement and release agreements,
8  and Defendant has ordered the settlement checks. The Parties are now waiting for the settlement
9  checks to arrive so that they can be exchanged for the signed releases and the case can be
10 dismissed. The Parties believe that entry of a temporary stay will promote judicial economy and
11 preserve the Court's resources. Accordingly, the Parties respectfully request a 30-day stay for the
12 above-referenced action, including any hearings or deadlines, through July 19, 2022.
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Wherefore, the Parties respectfully request that the Court enter an order staying all deadlines in this matter for thirty (30) days, through July 19, 2022, with the parties to either file a dismissal of all claims or alternatively to file a status report with the Court within 30 days of the Court's order entering the stay.

| DATED this 17th day of June, 2022. | DATED this 17th day of June, 2022. |
|---|---|
| **BAY LAW PERSONAL INJURY** | **ALVERSON TAYLOR & SANDERS** |
| /s/ Christian A. Miles | /s/ Patrice Stephenson-Johnson |
| CHRISTIAN A. MILES, ESQ. | PATRICE STEPHENSON-JOHNSON, ESQ. |
| Nevada Bar No. 13193 | Nevada Bar No. 12283 |
| 1540 W. Warm Springs Rd., Ste. 110 | 6605 Grand Montecito Pkwy, Ste. 200 |
| Henderson, NV 89014 | Las Vegas, NV 89149 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

**IT IS SO ORDERED:**

DATED: June 23, 2022

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to FRCP Rule 5, I hereby certify that I am an employee of the law firm BAY LAW PERSONAL INJURY, and that on this 17th day of June, 2022, I electronically served a copy of **JOINT MOTION TO EXTEND STAY OF DEADLINES [THIRD REQUEST]** as follows:

☐ By facsimile addressed to the following counsel of record, at the address listed below;

☐ By placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☐ By Hand Delivery (ROC); and/or

☒ By Electronic Service through CM/ECF to:

PATRICE STEPHENSON-JOHNSON, ESQ.
Nevada Bar No. 12283
ALVERSON TAYLOR & SANDERS
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89149
*Attorneys for Defendant*

          /s/ Christian A. Miles
An employee of Bay Law Personal Injury

| | |
|---|---|
| **Subject:** | RE: Becerra SAO to Stay |
| **Date:** | Friday, June 17, 2022 at 11:08:35 AM Pacific Daylight Time |
| **From:** | Patrice Stephenson-Johnson |
| **To:** | Christian Miles |
| **CC:** | Nihat Deniz Bayramoglu, Bhuvanesh Prembabu |
| **Attachments:** | image001.png |

Hi Christian,

You may affix my e-signature.

Best regards,

**Patrice Stephenson-Johnson**
Alverson Taylor & Sanders
702.384.7000 | alversontaylor.com

---

**From:** Christian Miles <christian@baylawinjury.com>
**Sent:** Friday, June 17, 2022 10:02 AM
**To:** Patrice Stephenson-Johnson <PStephenson@AlversonTaylor.com>
**Cc:** Nihat Deniz Bayramoglu <deniz@baylawinjury.com>; Bhuvanesh Prembabu <bhuvan@baylawinjury.com>
**Subject:** Becerra SAO to Stay

Good Morning Patrice,

Our stay in Federal Court expires this coming Monday in the Becerra case. Attached to this email is a proposed Motion to Extend Stay to give us time for the settlement checks to come in and to exchange documents. Please let me know if I can submit the Motion using your electronic signature.

Best Regards,

 

1540 West Warm Springs Road, Suite 110
Henderson, NV 89014
(702) 710-7000
www.baylawinjury.com

MAKE THEM PAY WITH BAY

Confidentiality Notice: This message and any attachments (collectively referred to herein as "email") originate from a law firm and are for the intended recipient's use only. This email is transmitted with a reasonable expectation of privacy consistent with ABA Formal Opinion No. 99-413 and may contain confidential, proprietary, or privileged information. Any disclosure, distribution, copying, or use of this email by anyone other than the intended recipient is strictly prohibited. If you received this email in error, please immediately notify the sender and destroy all copies of the email. This email shall not be considered, nor shall it constitute an electronic transaction, non-paper transaction, and/or electronic signature under any and all electronic acts including the Uniform Electronic Transfer Act and/or the Electronic Signatures in Global and National Commerce Act.