ALVERSON TAYLOR & SANDERS
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
PATRICE STEPHENSON-JOHNSON, ESQ.
Nevada Bar No. 12283
6605 Grand Montecito Parkway
Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARIA DOLORES MORALES BECERRA, An individual; CLARISSA BECERRA, an Individual; RAYNA BECERRA, an individual; and RICHARD BECERRA, IN HIS CAPACITY AS SPECIAL ADMINISTRATOR FOR THE ESTATE OF RAYMOND BECERRA, DECEASED, <br><br> Plaintiffs, <br><br> v. <br><br> WALMART, INC., a foreign business entity d/b/a WALMART; DOE INDIVIDUALS 1-10; ROE ENTITIES I-X, inclusive, <br><br> Defendants. | Case No. 2:21-cv-02094-JCM-NJK <br><br> **<u>STIPULATION AND ORDER TO DISMISS LITIGATION WITH PREJUDICE</u>** |

COME NOW Plaintiffs, MARIA DOLORES MORALES BECERRA, CLARISSA BECERRA, RAYNA BECERRA and RICHARD BECERRA, IN HIS CAPACITY AS SPECIAL ADMINISTRATOR FOR THE ESTATE OF RAYMOND BECERRA ("Plaintiffs) by and through her counsel of record, the law firm of Bayramoglu Law Offices LLC., and Defendant, WALMART, INC. ("Defendant") by and through their counsel of record, the law firm of Alverson Taylor & Sanders, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby request that the Court dismiss this action with prejudice. There are no counterclaims, crossclaims, or third-party claims pending in this civil action. The Parties agree that should the Court approve this

stipulation and dismiss this action, each side will bear its own attorney's fees and costs.

**IT IS SO STIPULATED.**

DATED this 1st day of August, 2022.  DATED this 1st day of August, 2022.

**BAYRAMOGLU LAW OFFICES LLC.**  **ALVERSON TAYLOR & SANDERS**

/s/ *Christian Miles*  /s/

CHRISTIAN A. MILES, ESQ.  KURT R. BONDS, ESQ.
1540 West Warm Springs Road, Suite 110  PATRICE STEPHENSON-JOHNSON, ESQ.
Las Vegas, NV 89014  6605 Grand Montecito Parkway, Suite 200
*Attorneys for Plaintiffs*  Las Vegas, Nevada 89149
*Attorneys for Defendant*

## ORDER

The Court having reviewed the Stipulation to Dismiss Litigation with Prejudice, filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby ordered that the Stipulation is **approved**. All remaining claims in this civil action are dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED August 17, 2022.

*James C. Mahan*
UNITED STATES DISTRICT JUDGE